# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| CHRISTINA SCOTT, as mother and next friend of her son, B.P., a minor,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>BYRON GREG McGUIRE,<br><br>    Defendant - Appellant. | No. 19-6121<br>(D.C. No. 5:16-CV-01027-HE) |

_____

# ORDER
_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

                                                  Entered for the Court

                                                  ELISABETH A. SHUMAKER, Clerk